# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-00164-MSD-RJKVAED |
| | ) | |
| LISA PETRONE | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF WELLS FARGO BANK, N.A.'S COUNSEL, DARCY C. OSTA, ESQ., IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO RULE 55(b)(2) AND REQUEST FOR REASONABLE ATTORNEYS' FEES AND COSTS**

1. I am over the age of eighteen (18) and the facts stated in this declaration are within my personal knowledge and true and correct to the best of my knowledge, information and belief.

2. I am counsel of record in the above-styled action, representing Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo").

3. This declaration is based upon my personal knowledge as an attorney of record in the case for Wells Fargo and upon my experience as a litigation attorney licensed to practice in Virginia since 2008.

4. This declaration is executed in support of Wells Fargo's Motion for Entry of Default Judgment against Defendant, Lisa Petrone ("Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2), and specifically with regard to Wells Fargo's request for payment of its reasonable attorneys' fees and costs incurred in connection with this matter.

5. As detailed in the Affidavit of Anita Parks in Support of Wells Fargo's Motion for Entry of Default Judgment Pursuant to Rule 55(b)(2), Wells Fargo is entitled to its attorneys'

fees and costs as a matter of contract, pursuant to the Wells Fargo Deposit Account Agreement. *See* Exhibit 1 to Wells Fargo's Motion for Entry of Default Judgment Pursuant to Rule 55(b)(2).

6. I am a partner at Fox Rothschild LLP ("Fox Rothschild") based in the Washington, D.C. office and I have been an actively practicing attorney in Virginia since 2008 and have been admitted to practice in the United States District Court for the Eastern District of Virginia since March of 2010. I am personally familiar with, and had a direct participatory role in, the work that Fox Rothschild has performed on behalf of Wells Fargo with respect to this lawsuit. In my capacity as counsel of record in this action, and by virtue of my role at Fox Rothschild, I am also a custodian of records for Fox Rothschild for the case file and records maintained by the firm in this matter. In that capacity, I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities to the firm and with respect to this action.

9. On or about February 15, 2022, Wells Fargo retained Fox Rothschild to represent it in this action, and since the Firm's retention, valuable legal services have been performed on behalf of Wells Fargo, including but not limited to reviewing and analyzing all relevant bank records and communications; investigation of Defendant; preparing pre-suit demand correspondence; drafting, filing and serving the Complaint herein; drafting a status report, motion for default judgment pursuant to Fed. R. Civ. P. 55(a), and motion for entry of default judgment pursuant to Fed. R. Civ. P. 55(b) (including drafting this supporting declaration); legal research and analysis to support the afore-listed filings; and correspondence with Wells Fargo regarding all of the above-referenced tasks and other related issues; and comprehensive litigation strategy.

10. Fox Rothschild tracked time and prepared bills in accordance with its customary practice and consistent with standards in the profession. Consistent with standard practice, Fox Rothschild attorneys and professionals assigned to the matter prepared generally contemporaneous records describing the services performed and the time spent – in one-tenth hour increments – on a particular date.

11. I have reviewed the records detailing the amount of time, by specific work expended, spent by each attorney and paralegal in my firm who was involved in this litigation. In total, the firm spent 33 hours on this matter, which is equivalent to $8,245.14.

12. In addition to myself, attorneys Seth Burack and Amy Rubin worked on this matter, along with paralegal Elaine Patterson Wimer. Seth Burack is a partner at Fox Rothschild and has been an actively practicing attorney in Florida since 2009. Amy S. Rubin, a senior partner at Fox Rothschild who has worked on this case, has been an actively practicing attorney for over thirty-five (35) years and has been a member of the Florida Bar since 1985. Elaine Patterson Wimer is employed as a paralegal at Fox Rothschild, and has been actively serving as a paralegal since 1979. Mr. Burack, Ms. Rubin, Ms. Wimer and myself regularly handle litigation matters for Wells Fargo. A copy of the firm bios for all attorneys who worked on this matter are attached hereto as **Exhibit A**.

12. The lodestar of the firm work for this case from February 15, 2022 through September 9, 2022, is as follows:

| **Attorney** | **Years Experience** | **Discounted Hourly Rate**[1] | **Hours** | **Fees** |
|---|---|---|---|---|
| Darcy Osta | 14 | $268.80 | 23.8 | $6,397.44 |
| Seth Burack | 13 | $259.80 | 1.9 | $493.62 |
| Amy Rubin | 37 | $408 | 0.2 | $81.76 |
| | | | | |
| **Paralegal** | **Years Experience** | **Discounted Hourly Rate** | **Hours** | **Fees** |
| Elaine Patterson Wimer | 43 | $179.20 | 7.1 | $1,272.32 |
| **TOTAL** | | | **33** | **$8,245.14** |

13. In addition to legal fees, there have also been approximately $522.67 in taxable expenses/costs incurred in connection with this litigation, which includes filing fees and service of process costs.

14. Copies of the relevant invoices, receipts and time entries are attached hereto as **Composite Exhibit B.**

15. As Wells Fargo's attorney of record, I am of the opinion that the time expended by Fox Rothschild was reasonable and necessary to, among other things, attempt to collect the loss caused by Defendant and obtain a judgment against Defendant.

16. In my experience, the attorney rates charged by Fox Rothschild are reasonable and within the range of appropriate market rates charged by attorneys with comparable experience levels for litigation of a similar nature, given their experience level and background, for litigation pending in the Eastern District of Virginia.

[1] Fox Rothschild's agreement with Wells Fargo provides that Wells Fargo will pay Fox Rothschild for services rendered at a discounted rate. I currently charge the rate of $515.00 per hour but agreed to charge Wells Fargo the discounted rate of $268.80 per hour (an approximate 48% discount). Mr. Burack currently charges a rate of $530.00 per hour but agreed to charge Wells Fargo the discounted rate of $259.80 (an approximate 51% discount). Ms. Rubin currently charges a rate of $745.00 per hour but agreed to charge Wells Fargo the discounted rate of $408.00 per hour (an approximate 46% discount). Elaine Patterson Wimer currently charges the rate of $320.00 per hour but agreed to charge Wells Fargo the discounted rate of $179.20 per hour (an approximate 44% discount). Mr. Burack, Ms. Rubin, Ms. Wimer and I have performed all of the work on this matter to date.

17. Moreover, the hourly rates charged by Fox Rothschild are consistent with rates approved by the Eastern District of Virginia for cases litigated in the Norfolk Division. *See*, *e.g.*, *Project Vote/Voting for America, Inc. v. Long*, 887 F. Supp. 2d 704, 718 (E.D. Va. 2012); *STL Emirates Logistics, LLC v. Tamerlane Global Services, Inc.*, Case No. 2:14-cv-51, 2014 WL 12660119, *6-8 (E.D. Va. Dec. 11, 2014).

18. Accordingly, based on the attorneys' discounted hourly rates, the hours of work expended (including at least five (5) anticipated future hours of work[2] prior to this matter being closed, which shall include future communications with Wells Fargo, future communications with the Court and finalizing and filing the Motion for Entry of Default Judgment Pursuant to Rule 55(b)(2)) and the costs incurred to date, Wells Fargo has incurred and/or will incur a total of approximately $9,753.41 as reasonable and necessary attorneys' fees and costs in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of September, 2022.

D.O.

Darcy C. Osta

[2] Four of those hours will be billed at the paralegal rate of $179.20 (to finalize and file the Motion for Entry of Default Judgment Pursuant to Rule 55(b)(2)), and one hour to be billed at my discounted hourly rate of $268.80, for a total of $985.60 in anticipated attorney's fees.

# EXHIBIT A

Fox Rothschild LLP
ATTORNEYS AT LAW



# Amy S. Rubin

**Partner**

arubin@foxrothschild.com

West Palm Beach, FL
Tel: 561.804.4433
Fax: 561.835.9602

Miami, FL
Tel: 786.501.7366

A certified specialist in Civil Trial and Business Litigation Law by The Florida Bar, Amy focuses her practice on complex commercial litigation. She has significant experience in handling class action and multidistrict litigation in state and federal courts.

Amy's practice is diverse encompassing contract disputes, real estate, loan workouts, probate litigation, life, health, disability and ERISA litigation, actions brought under Florida's Deceptive and Unfair Trade Practices Act (FDUTPA), Title VII, the Fair Credit Reporting Act (FCRA), trade secret and restrictive covenant cases involving non-compete agreements. She also handles general bank operational litigation matters.

Amy was previously the Office Managing Partner of the firm's West Palm Beach office for five years.

**Published Selected Reported Decisions:**

- *Florida Atlantic University Board of Trustees v. Parsont,* 465 F.Supp.3d 1279 (S.D. Fla. 2020)
- *Gallego v. Wells Fargo Bank, N.A.,* 276 So.3d 989 (Fla. 3rd DCA 2019)
- *Peter E. Shapiro, P.A. v. Wells Fargo Bank, N.A.,* 352 F.Supp.3d 1226 (S.D. Fla. 2018)
- *Boca Raton Regional Hospital, Inc. v. Williams*, 230 So.3d 42 (Fla. 4th DCA 2017)
- United States ex rel. Brown v. BankUnited Trust 2005–1, 235 F.Supp.3d 1343 (S.D. Fla. 2017)
- *Breslow v. Wells Fargo Bank, N.A.,* 755 F.3d 1265 (11th Cir. 2014)
- *Inman v. American Paramount Financial*, 2013 WL 1729801, 517 Fed. Appx. 744 (11th Cir. 2013)
- *Lesti v. Wells Fargo Bank, N.A.*, 960 F.Supp.2d 1311 (M.D. Fla. 2013); 297 FRD 665 (M.D. Fla. 2014)
- *Rubio v. Wachovia Mortg. FSB*, 103 So.3d 173 (Fla. 4th DCA 2012)
- *Weinberg v. Weinberg* 137 So.3d 600 (Fla. 4th DCA 2014)
- *Breslow v. Wells Fargo Bank, N.A.*, 857 F.Supp.2d 1316 (S.D. Fla. 2012)
- *Horace-Manasse v. Wells Fargo Bank, N.A.*, 2012 WL 1232016 (S.D. Fla. 2012)
- *Berlinger v. Wells Fargo, N.A.*, 2012 WL 640705 (M.D. Fla. 2012); 2012 WL 640708 (M.D. Fla. 2012); 2012 WL 695836 (M.D. Fla. 2012)
- *Rothman-Browning v. Marshall*, 83 So.3d 859 (Fla. 4th DCA 2011)
- *Perlman v. Wells Fargo Bank, N.A.*, 830 F.Supp.2d 1308 (S.D. Fla. 2011)
- *Ayodele v. Primerica Life Insurance Co.* 2010 WL 3743814 (S.D. Fla. 2010)
- *Valcin v. Primerica Life Ins. Co.*, 2011 WL 5037212 (M.D. Fla. 2011)
- *Becerra v. Wachovia Bank, N.A.*, 59 So.3d 122 (Fla. 4th DCA 2011); 17 So.3d 910 (Fla. 4th DCA 2009)

- *Figel v. Wells Fargo Bank, N.A.*, 2011 WL 777879 (S.D. Fla. 2011); 2011 WL 860470 (S.D. Fla. 2011); 2010 WL 3212060 (S.D. Fla. 2010); 2010 WL 4703754 (S.D. Fla. 2010)
- *5th Ave. Real Estate Development, Inc. v. Wachovia Bank, N.A.*, 53 So.3d 1042 (Fla. 3rd DCA 2011)
- *Seropian v. Wachovia Bank, N.A.*, 2010 WL 2822195 (S.D. Fla. 2010); 2010 WL 2949658 (S.D. Fla. 2010)
- *Geico General Ins. Co. v. Marrero*, 45 So.3d 12 (Fla. 4th DCA 2010)
- *In re Checking Account Overdraft Litigation*, 734 F.Supp.2d 1294 (S.D. Fla. 2010); 780 F.3d 103 (11th Cir. 2015)
- *Perera v. Wachovia Bank, N.A.*, 2010 WL 1375635 (S.D. Fla. 2010); 2010 WL 1408349 (S.D. Fla. 2010)
- *Ducat Florida, LP v. Wells Fargo Bank, N.A.* 2013 WL 6667038; 2013 WL 6667033 (S.D. Fla. 2013)
- *Wachovia Financial Services, Inc. v. Birdman*, 2009 WL 4899406 (S.D. Fla. 2009)
- *Windfall Properties v. AnnTaylor Retail, Inc.*, 2009 WL 2928892 (M.D. Fla. 2009)
- *Fintak v. Wachovia Bank, N.A.*, 2009 WL 413599 (M.D. Fla. 2009)
- *Certified Home Loans of Fla., Inc. v. Union Bank of Cal., N.A.*, 2007 WL 4207690 (S.D. Fla. 2007)
- *Kafka v. Wachovia Bank, N.A.*, 218 Fed.Appx. 960 (11th Cir. 2007)
- *Lipton v. First Union Nat. Bank*, 944 So.2d 1256 (Fla. 4th DCA 2007)
- *Travelers Indem. Ins. Co. of Illinois v. Meadows MRI, LLP*, 900 So.2d 676 (Fla. 4th DCA 2005)
- *Employers Reinsurance Corp. v. Neighborhood Health Partnership, Inc.*, 2003 WL 23833948 (S.D. Fla. 2003)
- *First Union Nat. Bank, N.A. v. Jones*, 732 So.2d 495 (Fla. 4th DCA 1999); 768 So.2d 1213 (Fla. 4th DCA 2000)
- *Mitchell v. CAC-Ramsay Health Plans, Inc.*, 719 So.2d 930 (Fla. 3rd DCA 1998)
- *Palm Beach County v. First Union Nat. Bank of Florida*, 658 So.2d 1054 (Fla. 4th DCA 1995)
- *First Union Nat. Bank of Florida, N.A. v. Peoples Nat. Bank of Commerce, Miami*, 644 So.2d 538 (Fla. 3rd DCA 1994)
- *Latite Roofing Co., Inc. v. Urbanek*, 528 So.2d 1381 (Fla. 4th DCA 1988)
- *Cabal v. Envirodyne Engineers, Inc.*, 1986 WL 7772 (E.D. Mo. 1986)
- *Nicholson v. Layton*, 747 F.2d 1225 (8th Cir. 1984)
- *Harrison v. Reed Rubber Co., Inc.*, 603 F.Supp. 1456 (E.D. Mo. 1984); 603 F.Supp. 1457 (E.D. Mo. 1985)
- *Kuenzle v. M-K Bus Lines*, 644 S.W.2d 380 (E.D. Mo. 1982)
- *Johnson v. Wolff's Clothiers, Inc.*, 663 F.2d 800 (8th Cir. 1981)
- *Turner v. Gateway Transp. Co., Inc.*, 569 S.W.2d 358 (Mo. App. 1978)

## Services

- Litigation
- Construction
- Financial Services Industry
- Insurance
- Intellectual Property
- Real Estate
- Securities Industry
- ERISA Litigation
- Life, Health & Disability Litigation
- Appellate Practice
- Class Actions
- Fiduciary Litigation

## Before Fox Rothschild

Prior to joining the firm, Amy was a shareholder in a national *Amlaw* 100 firm and was a member of their Florida management team and served as its Florida litigation chair person. She also spent 10 years with a Florida statewide regional firm and was a member of its management committee and an office managing partner.

## Beyond Fox Rothschild

Amy served six years as an appointment by the Florida Board of Governors to the Florida Bar Business Litigation Certification Committee and is a regular panelist at the U.S. District Court Southern District of Florida and Palm Beach County Bench and Bar.

## Bar Admissions

- Florida

## Court Admissions

- U.S. Supreme Court
- U.S. Court of Appeals, Eleventh Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. District Court, Northern District of Florida
- U.S. District Court, Middle District of Florida
- U.S. District Court, Southern District of Florida

## Education

- Saint Louis University School of Law (J.D., *cum laude*)
- University of Maryland (B.A., *with honors*)

## Memberships

- DRI
- Executive Women of the Palm Beaches
- Federation of Defense and Corporate Counsel
- Florida Association of Women Lawyers
- Florida Defense Lawyers Association
- The Florida Bar, Labor and Employment Section and Trial Section
- Federal Bar Association
- Palm Beach County Bar Association
- North County Bar Association

## Honors & Awards

- Named a "Distinguished Leader" by the *Daily Business Review* (2021)
- Named a "Top Lawyer" in Business Litigation by *Palm Beach Illustrated* (2019)
- Named a “Florida Super Lawyer” for Business Litigation by *Super Lawyers* (2006-2007, 2012-2022)
- Named among the “Women Leaders in the Law” by ALM (2015)
- Named a "Top Lawyer" by *South Florida Legal Guide* (2013-2020)
- Noted for her contract litigation work for a major financial services industry holding company, which cited Fox Rothschild as a “Go-To Law Firm” in a survey of *Fortune* 500 companies conducted by American Lawyer Media (2015)
- Named a "Top Rated Super Lawyer" by American Lawyer Media and Martindale-Hubbell™ (2013, 2014)
- Martindale-Hubbell "AV" rated
- Named a "Super Lawyer" by *Law & Politics Magazine* (2012-2015, 2017)
- Named to “Super Lawyers Business Edition” in the area of Business Litigation (2013, 2016)
- Named among the 2012 Florida Legal Elite by *Florida Trend Magazine*

Fox Rothschild LLP
ATTORNEYS AT LAW



# Seth B. Burack

**Partner**

sburack@foxrothschild.com

West Palm Beach, FL
Tel: 561.804.4418
Fax: 561.835.9602

Seth focuses his practice on a wide range of commercial litigation matters, including business disputes, breach of contract matters, high-end banking litigation, fraud claims and all aspects within the financial services industry.

Seth also has extensive experience defending insurance companies and their policyholders in a variety of matters, including claims of bad faith, professional malpractice, automobile negligence, products liability and insurance coverage.

## Services

- Litigation
- Financial Services Industry
- Insurance
- Real Estate Litigation
- Appellate Practice
- E-Discovery
- Law Firms & Attorneys

## Representative Matters

- Successfully defended and negotiated the settlement of a breach of contract action on behalf of a temporary staffing agency against a large municipality
- Obtained the complete dismissal from federal court of five separate employment discrimination claims against a major telecommunications company.
- Obtained a full defense verdict for a national bank in a multi-million dollar action for breach of fiduciary duty and breach of trust.
- Obtained dismissal of a $7 million defamation lawsuit brought in federal court and successfully defended the subsequent appeal in the 11th Circuit Court of Appeals.
- Obtained dismissal of a mortgage fraud lawsuit brought in federal court and successfully defended the subsequent appeal in the 11th Circuit Court of Appeals.
- Successfully defended and assisted in negotiating a favorable settlement on behalf of a national banking association in a $65 million lawsuit brought by an equity receiver.
- Obtained a complete dismissal of the Florida Department of Health's disciplinary action against a periodontist for alleged advertising violations.
- Obtained a complete dismissal of a liability claim against a general dentist for alleged standard of care violations.

- Negotiated numerous favorable settlements for medical practitioners in claims brought by both former patients and the Florida Department of Health.
- Successfully defended and assisted in negotiating numerous favorable settlements on behalf of national insurance companies in “insurance bad faith” lawsuits brought by former insureds.
- Provided numerous legal opinions to national insurance companies regarding how to avoid acting in bad faith in handling their respective claims.
- Obtained a complete denial and dismissal of all claims against a national banking association in an arbitration brought by a former customer whose account was allegedly debited in error.
- Obtained a complete denial and dismissal of all claims against a national banking association in an arbitration brought by a former customer involving counterfeit currency.
- Obtained summary judgment in favor of a national banking association in a residential foreclosure lawsuit.
- Successfully defended and negotiated settlements on behalf of national banking associations in numerous residential foreclosure lawsuits.

## Before Fox Rothschild

Prior to joining Fox Rothschild, Seth was an associate in the insurance practice of a large Florida-based law firm. While in law school, he served as a summer associate at a Florida law firm, focusing on commercial litigation and bankruptcy matters.

## Bar Admissions

- Florida

## Court Admissions

- U.S. District Court, Southern District of Florida
- U.S. District Court, Middle District of Florida
- U.S. District Court, Northern District of Florida
- U.S. Court of Appeals, Eleventh Circuit

## Education

- George Washington University Law School (J.D.)
- George Washington University (B.A., *magna cum laude*)

## Memberships

- The Florida Bar
- Palm Beach County Bar Association
- American Bar Association
- Defense Research Institute

Fox Rothschild LLP
ATTORNEYS AT LAW



# Darcy C. Osta

**Partner**

dosta@foxrothschild.com

Washington, DC
Tel: 202.696.1475
Fax: 202.461.3102

Darcy is an experienced litigator, particularly in the areas of aviation and transportation law, where she represents a wide range of business entities before federal and state courts and the American Arbitration Association.

Her clients include commercial and regional airlines; air carriers operating under Parts 91 and 135 of the Federal Aviation Regulations; charter operators; maintenance, repair and overhaul facilities; aircraft and parts manufacturers; ground handling companies; aircraft maintenance and completion centers; and security personnel.

Darcy concentrates her practice on the following areas:

- **Regulatory Compliance and Enforcement**, in which she helps aviation industry clients comply with state and federal regulations, statutes and laws, conducts related internal investigations and handles FAA enforcement matters.
- **Aviation Litigation**, in which Darcy represents major air carriers, repair stations, charter operators, airport authorities and other industry players in litigation arising from aviation incidents, including mass disasters.
- **The SAFETY Act**, in which she counsels manufacturers and service providers — inside and outside the aviation industry — on the legal liability protections provided by the Department of Homeland Security to producers of Qualified Anti-terrorism Technologies.
- **Professional Malpractice**, in which Darcy represents attorneys, appraisers, engineers and design-build firms in claims involving professional liability.
- **Commercial Litigation**, in which she represents property owners and managers in personal injury actions, products liability cases, premises liability cases, construction defect, property damage, breach of contract, breach of warranty, fraud and federal discrimination claims.

## Services

- Aviation
- Retail Industry

## Before Fox Rothschild

Prior to joining Fox, Darcy was a partner in the aviation practice of LeClairRyan in Alexandria, Virginia. She also worked as an associate in the Northern Virginia office of a global law firm and as an associate in two regional law firms.

## Bar Admissions

- District of Columbia
- Virginia

## Court Admissions

- U.S. Court of Appeals, Fourth Circuit
- U.S. Court of Appeals, Ninth Circuit
- U.S. District Court, Eastern District of Virginia
- U.S. District Court, Western District of Virginia

## Education

- George Washington University Law School (J.D., 2008)
- George Washington University, Elliott School of International Affairs (B.A., *summa cum laude*, 2005)

## Memberships

- American Bar Association
- Virginia Association of Defense Attorneys

## Honors & Awards

- Selected to the “Super Lawyers - Rising Stars” list for Aviation and Aerospace in Virginia by Thomson Reuters (2018)

# Representative Matters

- Obtained summary judgment dismissal of negligence and strict liability claims against helicopter operator in federal court on the grounds that the claims were preempted by 49 U.S.C. 44112
- Successfully arbitrated multimillion-dollar claims against client involving breach of contract, fraud in the inducement, loss of use and diminution in value related to completion of VIP aircraft
- Successfully obtained dismissal in United States District Court for the District of Columbia and the Superior Court of the District of Columbia while defending an owner of residential properties in DC, Virginia and Maryland. The Plaintiff had filed two separate complaints for negligence, breach of contract, breach of the warranty of habitability, gross negligence and declaratory judgment seeking a declaration that a residential lease was unenforceable.
- Obtained dismissal in federal court of multimillion-dollar legal malpractice claim arising from attorney’s representation of debtor in a personal bankruptcy action
- Obtained dismissal in federal court of claims for civil conspiracy, legal malpractice, wrongful interference with contractual expectations and violation of Section 1983 against attorney client
- Successfully defended attorney client in multimillion-dollar lawsuit wherein the plaintiff asserted claims for malicious prosecution and abuse of process against two attorneys and their law firms. The Virginia Circuit Court granted the defendants’ motion for summary judgment and dismissed all claims against the attorney client.
- Successfully appealed Federal Aviation Administration’s emergency revocation of mechanics’ A&P licenses

# EXHIBIT B

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. [redacted]

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2928291 |
| Invoice Date | 03/07/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/22:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/15/22 | RUBIN | REVIEW CLIENT EMAIL REGARDING NEW COLLECTION MATTER IN VA. | 0.1 | $40.88 |
| 02/16/22 | RUBIN | EMAIL CLIENT REGARDING CASE HANDLING | 0.1 | $40.88 |
| 02/23/22 | OSTA | EMAILS WITH A. PARKS RE BACKGROUND FACTS, BASES FOR CLAIM AGAINST PETRONE AND RELEVANT FILE MATERIALS | 0.2 | $53.76 |
| | | **TOTAL** | **0.4** | **$135.52** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | | Hours | Rate |
|---|---|---|---|
| A.S. RUBIN | | 0.2 | $408.80 |
| D.C. OSTA | | 0.2 | $268.80 |
| | TOTAL | 0.4 | |

**TOTAL BALANCE DUE UPON RECEIPT** **$135.52**

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

# REMITTANCE PAGE

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2928291 |
| Invoice Date | 03/07/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**TOTAL BALANCE DUE UPON RECEIPT** **$135.52**

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 65 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH # [redacted] | ABA # [redacted] |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account # [redacted] | Account # [redacted] |
| | Swift Code:# [redacted] (international wires only) | Swift Code:# [redacted] (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2951828 |
| Invoice Date | 04/20/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/22:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/03/22 | OSTA | ANALYZE FILE MATERIALS IN PREPARATION TO PREPARE DEMAND LETTER AND/OR FILE COLLECTIONS ACTION | 0.7 | $188.16 |
| 03/04/22 | OSTA | CONTINUE TO REVIEW FILE MATERIALS IN PREPARATION TO DRAFT DEMAND LETTER TO L. PETRONE AND EVALUATE POTENTIAL CLAIMS TO ASSERT AGAINST J. SISON | 0.8 | $215.04 |
| 03/07/22 | BURACK | REVIEW OF INITIAL CASE BACKGROUND AND CONSIDERATION OF RECOVERY STRATEGY/POTENTIAL DEFENDANTS. | 0.3 | $77.94 |
| 03/07/22 | OSTA | DRAFT DEMAND LETTER TO L. PETRONE(.6); CORRESPOND WITH CLIENTS RE DRAFT LETTER AND POTENTIAL ACTION AGAINST J. SISON (.2) | 0.8 | $215.04 |
| 03/08/22 | OSTA | EMAIL FROM CLIENT A. PARKS RE REVISIONS TO DEMAND LETTER TO PETRONE, REVISE AND AUGMENT DEMAND LETTER ACCORDINGLY AND REDACT AND FINALIZE ATTACHMENT TO LETTER, CORRESPOND WITH CLIENTS RE FINAL LETTER | 0.4 | $107.52 |
| | | **TOTAL** | **3.0** | **$803.70** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | | Hours | Rate |
|---|---|---|---|
| S. B. BURACK | | 0.3 | $259.80 |
| D.C. OSTA | | 2.7 | $268.80 |
| | TOTAL | 3.0 | |

TOTAL PROFESSIONAL SERVICES $803.70

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| MESSENGER SERVICE/FEDERAL EXPRESS | $18.27 |

TOTAL EXPENSES $18.27

**TOTAL BALANCE DUE UPON RECEIPT $821.97**

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

# REMITTANCE PAGE

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2951828 |
| Invoice Date | 04/20/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**TOTAL BALANCE DUE UPON RECEIPT** **$821.97**

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 65 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH [redacted] | ABA # [redacted] |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account # [redacted] | Account # [redacted] |
| | Swift Code [redacted] (international wires only) | Swift Code:# [redacted] (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

| | | | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | Invoice Number | 2970814 |
| BILLING & DOCUMENTATION COORDINATOR | | Invoice Date | 05/20/22 |
| WACHOVIA CORPORATION | | Client Number | 072979 |
| LEGAL DIVISION (NC-0630) | | Matter Number | 01406 |
| 301 S. COLLEGE STREET | | Client Matter ID | WF2022005601 |
| CHARLOTTE, NC 28288 | | | |

RE: PETRONE, LISA A. (VA)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/22:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/11/22 | BURACK | CONSIDERATION OF LACK OF RESPONSE TO PRE-SUIT DEMAND AND POTENTIALLY PROCEEDING WITH LITIGATION. | 0.1 | $25.98 |
| 04/11/22 | OSTA | CORRESPOND WITH WELLS FARGO TO CONFIRM NO RESPONSE TO DEMAND LETTER FROM PETRONE AND OBTAIN DIRECTIONS RE NEXT STEPS | 0.1 | $26.88 |
| 04/13/22 | OSTA | EMAIL FROM CLIENT G. CLAYBROOK CONFIRMING WELLS FARGO WANTS TO MOVE FORWARD WITH A LAWSUIT AGAINST PETRONE | 0.1 | $26.88 |
| 04/19/22 | BURACK | SUBSTANTIVELY REVISE COMPLAINT AND BRIEF REVIEW OF CASE-FILE FOR SAME. | 0.4 | $103.92 |
| 04/19/22 | OSTA | DRAFT COMPLAINT FOR BREACH OF CONTRACT AND UNJUST ENRICHMENT (1.9), CORRESPOND WITH CLIENTS RE (.1) | 2.0 | $537.60 |
| 04/20/22 | OSTA | MULTIPLE EMAILS WITH CLIENT G. CLAYBROOK RE REVISIONS TO COMPLAINT AND QUESTIONS RE VENUE | 0.3 | $80.64 |
| 04/20/22 | OSTA | AUGMENT INCLUDING PREPARING COMPLAINT AND EXHIBITS THERETO FOR FILING | 0.8 | $215.04 |
| 04/21/22 | OSTA | CORRESPOND WITH CLIENT TO CONFIRM COMPLAINT WAS FILED IN USDC FOR ED OF VA AND DISCUSS | 0.2 | $53.76 |

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| | | NEXT STEPS FOR PROSECUTION OF BREACH OF CONTRACT CLAIM | | |
| 04/21/22 | WIMER | PREPARE CIVIL COVER SHEET AND EXHIBITS A AND B FOR FILING IN USDC ED VIRGINIA (NORFOLK DIVISION) FOR E-FILING (1.0); OPEN CASE IN CM/ECF SYSTEM TO E-FILE COMPLAINT, EXHIBITS A AND B AND CIVIL COVER SHEET (.4), CIRCULATION OF DOCKETED COPIES TO COUNSEL (.2). | 1.6 | $286.72 |
| 04/26/22 | WIMER | TELECONFERENCE WITH VIRGINIA BEACH, VA PROCESS SERVER (PATRIOT PROCESS SERVICE) REGARDING SERVICE ON DEFENDANT LISA PETRONE (.2), COORDINATE SAME INCLUDING EMAIL CORRESPONDENCE EXCHANGES WITH THE PATRIOT REPRESENTATIVE (.3). | 0.5 | $89.60 |
| 04/29/22 | OSTA | ANALYSIS RE ISSUES INVOLVING SERVICE OF PROCESS ON PETRONE AND EVALUATION RE NEXT STEPS | 0.2 | $53.76 |
| 04/29/22 | WIMER | RECEIVE AND REVIEW COMMUNICATIONS FROM PATRIOT PROCESS SERVICES REGARDING STATUS OF SERVICE ON LISA PETRONE (.2); PREPARE EMAIL CORRESPONDENCE TO D. OSTA REGARDING SAME (.1). | 0.3 | $53.76 |
| | | **TOTAL** | **6.6** | **$1,554.54** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | | Hours | Rate |
| --- | --- | --- | --- |
| S. B. BURACK | | 0.5 | $259.80 |
| D.C. OSTA | | 3.7 | $268.80 |
| E.P. WIMER | | 2.4 | $179.20 |
| | TOTAL | 6.6 | |

**TOTAL BALANCE DUE UPON RECEIPT** **$1 554 54**

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

# REMITTANCE PAGE

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2970814 |
| Invoice Date | 05/20/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**TOTAL BALANCE DUE UPON RECEIPT** **$1,554.54**

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 65 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH # [redacted] | ABA # [redacted] |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account # [redacted] | Account # [redacted] |
| | Swift Code:# [redacted] (international wires only) | Swift Code:# [redacted] (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2981786 |
| Invoice Date | 06/13/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/22:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/22 | OSTA | EVALUATE ERVICE OF PROCESS ISSUES AND NEXT STEPS FOR SERVING DEFENDANT PETRONE | 0.3 | $80.64 |
| 05/02/22 | WIMER | EMAIL CORRESPONDENCE EXCHANGE WITH PATRIOT PROCESSING SERVICE REGARDING THE STATUS OF SERVICE ON LISA PETRONE (.2); REVIEW FEDERAL RULES OF CIVIL PROCEDURE (RULE 4), LOCAL RULES OF THE EDVA AND THE VIRGINIA CODE REGARDING ALTERNATIVES FOR EFFECTING SERVICE ON AN INDIVIDUAL (.3); EMAIL CORRESPONDENCE EXCHANGE REGARDING SAME (.2). | 0.7 | $125.44 |
| 05/03/22 | OSTA | EMAIL WITH CLIENTS RE STATUS UPDATE AND SERVICE OF PROCESS ISSUES | 0.2 | $53.76 |
| 05/03/22 | OSTA | SUBSTANTIVELY REVISE FINANCIAL DISCLOSURE STATEMENT TO BE FILED WITH COURT | 0.2 | $53.76 |
| 05/03/22 | WIMER | COORDINATE POSTING AT RESIDENCE AND CERTIFIED MAIL EFFORTS IN ORDER TO COMPLETE SERVICE ON DEFENDANT LISA PETRONE PURSUANT TO EDVA RULES AND THE VIRGINIA CODE, INCLUDING EMAIL CORRESPONDENCE EXCHANGES WITH PATRIOT PROCESS SERVERS. | 0.5 | $89.60 |
| 05/03/22 | WIMER | DRAFT FINANCIAL INTEREST DISCLOSURE STATEMENT. | 0.7 | $125.44 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/22 | WIMER | EMAIL CORRESPONDENCE EXCHANGES WITH PATRIOT PROCESS SERVICE REGARDING CONFIRMATION OF SERVICE ON DEFENDANT LISA PETRONE (POSTED AT RESIDENCE) AND REQUEST FOR AFFIDAVIT OF SERVICE. | 0.3 | $53.76 |
| | | **TOTAL** | **2.9** | **$582.40** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | | Hours | Rate |
|---|---|---|---|
| D.C. OSTA | | 0.7 | $268.80 |
| E.P. WIMER | | 2.2 | $179.20 |
| | TOTAL | 2.9 | |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $582.40 |

**COSTS ADVANCED AND EXPENSES INCURRED:**

| Description | Amount |
|---|---|
| COURT FILINGS | $402.00 |
| SERVE PROCESS | $102.40 |

| | |
|---|---|
| TOTAL EXPENSES | $504.40 |
| TOTAL AMOUNT OF THIS INVOICE | $1,086.80 |
| PRIOR BALANCE DUE | $1,554.54 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$2,641.34** |

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

# REMITTANCE PAGE

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2981786 |
| Invoice Date | 06/13/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $1,086.80 |
| PRIOR BALANCE DUE | $1,554.54 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$2,641.34** |

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 65 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH # [redacted] | ABA # [redacted] |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account [redacted] | Account # [redacted] |
| | Swift Code:# [redacted] (international wires only) | Swift Code:# [redacted] (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2998737 |
| Invoice Date | 07/12/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/22:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/21/22 | WIMER | REVIEW DETAILS REGARDING SERVICE ON MS. PETRONE (AFFIDAVIT OF SERVICE AND CERTIFIED MAIL) (.5); E-FILE AFFIDAVIT OF SERVICE PROVIDED BY PROCESS SERVER REGARDING SERVICE ON MS. PETRONE (USDC ED VA. CM/ECF FILING SYSTEM) (.3); PREPARE DRAFT AFFIDAVIT PURSUANT TO FRCP 55(B)(1) FOR INCLUSION WITH MOTION FOR ENTRY OF DEFAULT JUDGMENT (.8). | 1.6 | $286.72 |
| 06/22/22 | OSTA | REVIEW EMAIL FROM COURT CASE MANAGER D. BRANDT RE AFFIDAVIT OF SERVICE (0.1); EMAIL IN RESPONSE TO COURT CASE MANAGER D. BRANDT RE AFFIDAVIT OF SERVICE AND FILING OF THE SAME (0.1) | 0.2 | $53.76 |
| 06/22/22 | OSTA | REVIEW NOTICE TO COUNSEL FILED BY CLERK RE STATUS REPORT AND REQUEST FOR ENTRY OF DEFAULT | 0.1 | $26.88 |
| | | **TOTAL** | **1.9** | **$367.36** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | | Hours | Rate |
|---|---|---|---|
| D.C. OSTA | | 0.3 | $268.80 |
| E.P. WIMER | | 1.6 | $179.20 |
| | TOTAL | 1.9 | |

**TOTAL BALANCE DUE UPON RECEIPT** **$367 36**

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

# REMITTANCE PAGE

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 2998737 |
| Invoice Date | 07/12/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**TOTAL BALANCE DUE UPON RECEIPT** **$367.36**

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

CHECK PAYMENT

Make Payable to Fox Rothschild LLP:
Fox Rothschild LLP
Attn: Accounts Receivable - 65
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222

ACH PAYMENT

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104
ACH [redacted]
Account: Fox Rothschild LLP
Account [redacted]
Swift Code:# [redacted] (international wires only)
Email: AR@foxrothschild.com

WIRE INSTRUCTIONS

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104
ABA # [redacted]
Account: Fox Rothschild LLP
Account #2 [redacted]
Swift Code:# [redacted] (international wires only)

Please include the Client, Matter, or Invoice Number with all payments.

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 3021939 |
| Invoice Date | 08/22/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/22:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/22 | OSTA | DRAFT STATUS REPORT IN ACCORDANCE WITH COURT'S DIRECTIONS. | 0.5 | $134.40 |
| 07/07/22 | WIMER | COMPLETE/PREPARE STATUS REPORT FOR FILING . | 0.4 | $71.68 |
| 07/15/22 | OSTA | REVIEW EMAIL FROM CLIENT A. PARKS RE CASE STATUS | 0.1 | $26.88 |
| 07/15/22 | OSTA | EMAIL TO CLIENT A. PARKS RE DEFAULT | 0.1 | $26.88 |
| 07/18/22 | OSTA | EMAIL FROM CLIENT G. CLAYBROOK RE DEFAULT JUDGMENT AND SCRA PROCEDURE | 0.1 | $26.88 |
| 07/18/22 | OSTA | EMAIL TO CLIENT G. CLAYBROOK RE NEXT STEPS FOR OBTAINING DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT PETRONE | 0.1 | $26.88 |
| 07/18/22 | OSTA | EMAIL FROM CLIENT G. CLAYBROOK CONFIRMING AUTHORITY TO REQUEST DEFAULT | 0.1 | $26.88 |
| 07/21/22 | BURACK | REVIEW OF RECENT CORRESPONDENCE/PLEADINGS IN PREPARATION FOR CONFERENCE CALL WITH CLIENT (0.2) CALL WITH CLIENT RE: STATUS/STRATEGY MOVING FORWARD WITH DEFAULT/RECOVERY, PARTICULARLY WITH REGARD TO NON-MILITARY AFFIDAVIT/CONFIRMATION (0.5) | 0.7 | $181.86 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/22/22 | OSTA | DRAFT DECLARATION IN SUPPORT OF MOTION FOR CLERK TO ENTER DEFAULT ON THE DOCKET. | 0.5 | $134.40 |
| 07/22/22 | OSTA | DRAFT MOTION FOR ENTRY OF DEFAULT ON DOCKET PURSUANT TO RULE 55(A). | 0.6 | $161.28 |
| 07/22/22 | WIMER | PREPARE MOTION FOR ENTRY OF DEFAULT ON THE DOCKET PURSUANT TO RULE 55(A) WITH ATTACHED DECLARATION OF DARCY OSTA FOR FILING WIHT USDC ED VA. (.4) AND OBTAIN FILED STAMPED COPY POST FILING (.1). | 0.5 | $89.60 |
| 07/25/22 | OSTA | REVIEW ENTRY OF DEFAULT AS TO MS. PETRONE ENTERED ON DOCKET BY THE CLERK | 0.1 | $26.88 |
| 07/25/22 | OSTA | EMAIL TO CLIENTS RE CLERK'S ENTRY OF DEFAULT AND NEXT STEPS | 0.1 | $26.88 |
| 07/26/22 | BURACK | REVIEW OF CORRESPONDENCE FROM CLIENT REGARDING PROCEEDING WITH DEFAULT FINAL JUDGMENT (0.1); AND CONSIDERATION OF RELATED NON-MILITARY AFFIDAVIT PROCEDURES FOR SAME (0.1) | 0.2 | $51.96 |
| 07/29/22 | OSTA | CONDUCT LEGAL RESEARCH/ANALYSIS UNDER ED VA CASE LAW TO SUPPORT MOTION FOR ENTRY OF DEFAULT JUDGMENT; SPECIFICALLY RESEARCH CASES DEFINING WHAT CONSTITUTES "SUM CERTAIN," (0.8); SPECIFICALLY RESEARCH WHETHER TO MOVE FOR ENTRY OF DEFAULT UNDER 55(B)(1) OR 55(B)(2) (0.7); BEGIN TO CONDUCT LEGAL RESEARCH/ANALYSIS RE ESTABLISHING REASONABLENESS OF ATTORNEYS' FEES FOR FEE PETITION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT (0.5) | 2.0 | $537.60 |
| 07/29/22 | OSTA | BEGIN TO DRAFT MOTION FOR ENTRY OF DEFAULT JUDGMENT; SPECIFICALLY DRAFT SECTION RE RELEVANT FACTUAL BACKGROUND AND PROCEDURAL ISSUES (0.7); BEGIN TO DRAFT LEGAL ARGUMENT RE ENTRY OF DEFAULT JUDGMENT UNDER RULE 55(B)(2) (0.5) | 1.2 | $322.56 |
| | | **TOTAL** | **7.3** | **$1,873.50** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | | Hours | Rate |
|---|---|---|---|
| S. B. BURACK | | 0.9 | $259.80 |
| D.C. OSTA | | 5.5 | $268.80 |
| E.P. WIMER | | 0.9 | $179.20 |
| | TOTAL | 7.3 | |

**TOTAL BALANCE DUE UPON RECEIPT** **$1,873.50**

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

# REMITTANCE PAGE

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 3021939 |
| Invoice Date | 08/22/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**TOTAL BALANCE DUE UPON RECEIPT** **$1,873.50**

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 65 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH # [redacted] | ABA # [redacted] |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account # [redacted] | Account # [redacted] |
| | Swift Code:# [redacted] (international wires only) | Swift Code:# [redacted] (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 3032155 |
| Invoice Date | 09/09/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/22:**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/22 | OSTA | BEGIN TO ANALYZE VIRGINIA CASE LAW RE REASONABLE ATTORNEYS' FEES IN PREPARATION TO DRAFT AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT | 0.8 | $215.04 |
| 08/10/22 | OSTA | DRAFT AFFIDAVIT IN SUPPORT OF REQUEST FOR ATTORNEYS' FEES AND COSTS IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT (2.3); AUGMENT AFFIDAVIT OF WELLS FARGO VERIFYING FACTS ASSERTED IN THE COMPLAINT AND DAMAGES INCURRED AS A RESULT OF PETRONE'S BREACH OF AGREEMENT (0.7); ADDITIONAL LEGAL RESEARCH AND ANALYSIS UNDER VA LAW RE REASONABLENESS OF ATTORNEYS' FEES SPECIFIC TO NORFOLK DIVISION (1.4) | 4.4 | $1,182.72 |
| 08/15/22 | OSTA | CONTINUE TO DRAFT MOTION FOR ENTRY OF DEFAULT JUDGMENT; SPECIFICALLY DRAFT SECTIONS RE APPLICABLE LEGAL STANDARDS FOR RULE 55(B)(2) MOTIONS AND ARGUMENTS IN FAVOR OF ENTERING DEFAULT; REVISE AND AUGMENT BACKGROUND AND PROCEDURAL HISTORY SECTION | 2.2 | $591.36 |
| 08/26/22 | BURACK | SUBSTANTIVELY REVISE DEFAULT JUDGMENT DRAFT FILINGS. | 0.3 | $77.94 |
| 08/28/22 | OSTA | DRAFT AFFIDAVIT REQUIRED UNDER | 0.3 | $80.64 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | SERVICEMEMBERS CIVIL RELIEF ACT TO SUPPORT MOTION FOR ENTRY OF DEFAULT JUDGMENT | | |
| 08/31/22 | OSTA | EMAILS FROM CLIENT L. TANNERY RE DRAFT MOTION AND SUPPORTING DOCUMENTS (0.1); EMAIL TO CLIENT L. TANNERY RE WELLS FARGO AFFIDAVIT AND SCRA SEARCH (0.1) | 0.2 | $53.76 |
| | | **TOTAL** | **8.2** | **$2,201.46** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | | Hours | Rate |
|---|---|---|---|
| S. B. BURACK | | 0.3 | $259.80 |
| D.C. OSTA | | 7.9 | $268.80 |
| | TOTAL | 8.2 | |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $2,201.46 |
| PRIOR BALANCE DUE | $93.68 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$2,295.14** |

Fox Rothschild LLP
ATTORNEYS AT LAW

Phillips Point, 777 South Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401
Tel 561.835.9600 Fax 561.835.9602 www.foxrothschild.com

TAX I.D. NO. [redacted]

# REMITTANCE PAGE

WELLS FARGO BANK, N.A.
BILLING & DOCUMENTATION COORDINATOR
WACHOVIA CORPORATION
LEGAL DIVISION (NC-0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

| | |
|---|---|
| Invoice Number | 3032155 |
| Invoice Date | 09/09/22 |
| Client Number | 072979 |
| Matter Number | 01406 |
| Client Matter ID | WF2022005601 |

RE: PETRONE, LISA A. (VA)

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | $2,201.46 |
| PRIOR BALANCE DUE | $93.68 |
| **TOTAL BALANCE DUE UPON RECEIPT** | **$2,295.14** |

PAYMENT INSTRUCTIONS

**If you are currently remitting payment via check and have the ability to convert to an electronic payment format, please remit payment via ACH or WIRE using the instructions below. Thank you.**

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Make Payable to Fox Rothschild LLP: | Wells Fargo Bank | Wells Fargo Bank |
| Fox Rothschild LLP | 420 Montgomery Street | 420 Montgomery Street |
| Attn: Accounts Receivable - 65 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| 2000 Market Street, 20th Floor | ACH # [redacted] | ABA # [redacted] |
| Philadelphia, PA 19103-3222 | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account # [redacted] | Account # [redacted] |
| | Swift Code:# [redacted] (international wires only) | Swift Code:# [redacted] (international wires only) |
| | Email: AR@foxrothschild.com | |

Please include the Client, Matter, or Invoice Number with all payments.

# Darcy C. Osta (6018) - Timesheet for marked days

Printed from Intapp Time on 9/9/2022 4:11:28 PM

---

**9/8/2022**

| | | |
|---|---|---|
| **Client:** | 072979 | WELLS FARGO BANK, N.A. |
| **Matter:** | 01406 | PETRONE, LISA A. (VA) |
| **Location:** | 90 | WASHINGTON, DC |
| **Task:** | L250 | OTHER WRITTEN MOTIONS AND SUBMISSIONS |
| **Activity:** | A106 | Communicate (with client) |
| **Hours:** | 0.2 | Billable |
| **Operator:** | DOSTA | Darcy C. Osta |
| **Status:** | | **Released: Sep/09/2022 9:55:54 AM** |

email from A. Parks re motion for entry of default judgment; review executed affidavit in support of damages

---

**9/9/2022**

| | | |
|---|---|---|
| **Client:** | 072979 | WELLS FARGO BANK, N.A. |
| **Matter:** | 01406 | PETRONE, LISA A. (VA) |
| **Location:** | 90 | WASHINGTON, DC |
| **Task:** | L250 | OTHER WRITTEN MOTIONS AND SUBMISSIONS |
| **Activity:** | A103 | Draft/revise |
| **Hours:** | 2.4 | Billable |
| **Operator:** | DOSTA | Darcy C. Osta |
| **Status:** | | **Ready to be released** |

augment and finalize motion for entry of default judgment; augment and finalize declaration in support of attorneys fees and costs; review all billing records and evaluate whether redactions are necessary to protect info that is attorney-client privilege or work product doctrine; evaluate and redact confidential information; augment and finalize declaration re SCRA; augment and finalize exhibits to motion and declarations

---

**9/9/2022**

| | | |
|---|---|---|
| **Client:** | 072979 | WELLS FARGO BANK, N.A. |
| **Matter:** | 01406 | PETRONE, LISA A. (VA) |
| **Location:** | 90 | WASHINGTON, DC |
| **Task:** | L250 | OTHER WRITTEN MOTIONS AND SUBMISSIONS |
| **Activity:** | A106 | Communicate (with client) |
| **Hours:** | 0.2 | Billable |
| **Operator:** | DOSTA | Darcy C. Osta |
| **Status:** | | **Ready to be released** |

emails with client A. Parks re timeline for filing motion for entry of default judgment

---

**Subtotal for 01406:** **2.8**

**Subtotal for 072979:** **2.8**

# Darcy C. Osta (6018) - Timesheet for marked days

Printed from Intapp Time on 9/9/2022 4:11:28 PM

| | | | | | |
|---|---|---|---|---|---|
| **Unrelease Total:** | **2.6** | **Billable Total:** | **2.8** | Total: | 2.8 |
| **Released Total:** | **0.2** | **Non-Billable Total:** | **0.0** | Number of Entries: | 3 |
| **Converted Total:** | **0.0** | **Pro Bono Total:** | **0.0** | | |

An official website of the United States government. Here's how you know. Log in to PACER Systems

| | |
|---|---|
| **Account Number** | 4335411 |
| **Username** | darcyosta |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

## Pay Filing Fee for Virginia Eastern District Court

### Payment Summary

**Payment Method**

VISA

XXXXXXXXXXXX9620
01/2025

Fox Rothschild LLP
2000 Market St., Ste. 2000
Philadelphia, PA
19103
USA

**Payment Details**

| | |
|---|---|
| **Payment Amount** | $402.00 |
| **Fee Type** | Filing Fee |

### Email Receipt

Email: dosta@foxrothschild.com

Confirm Email: dosta@foxrothschild.com

Additional Email Addresses:

### Authorization

☑ I authorize a charge to my credit card for the amount above in accordance with my card issuer agreement. *

**Note: We protect the security of your information during transmission using Secure Sockets Layer (SSL) software, which encrypts information you submit.**

Submit Back Cancel

PACER FAQ Privacy & Security Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

**Patriot Process Service**
3900 Jermantown Rd Suite 300
Fairfax, VA 22030

**INVOICE: 7004667**
Issued: Apr 26, 2022
Sent to: Elaine Patterson Wimer

PAID

**Fox Rothschild LLP**
Elaine Patterson Wimer
2020 K St NW Suite 500
Washington, DC 20006

PAY TO:
**Patriot Process Service**
**3900 Jermantown Rd Suite 300**
**Fairfax, VA 22030**

| | | | |
|---|---|---|---|
| **Case:** | 2:22-cv-00164-MSD-RJK | **Plaintiff / Petitioner:** | WELLS FARGO BANK, N.A. |
| **Job:** | 7004667 (072979.01406) | **Defendant / Respondent:** | LISA PETRONE |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Routine | Routine Service<br><br>For Service on Lisa Petrone<br><br>, , | $89.00 | 1 | $89.00 |
| Pages | Printing over 40 Pages @ .20 a page | $0.20 | 42 | $8.40 |
| z Fuel Surcharge | Fuel Surcharge | $5.00 | 1 | $5.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Apr 26, 2022 | ewimer@foxrothschild.com Paid Online<br>Payment ID: ch_3Ksw15KDi5W32nj71CAWsRFk | ($102.40) |

Thanks for your business!

Please pay the "Balance Due" upon Receipt. 😊

A $10 per month late fee will be added if payment is not received 30 days from the date of Invoice.

Total: $102.40
Amount Paid: ($102.40)
**Balance Due: $0.00**

PATRIOT
Process Service

## Disbursement Detail

| | |
|---|---|
| **Index** | 11133251 |
| **Number** | 6018 |
| **Timekeeper** | DARCY C. OSTA |
| **Date** | 3/18/2022 |
| **Quantity** | 1.00 |
| **Rate** | 18.27 |
| **Amount** | 18.27 |
| **Bill Date** | 4/20/2022 |
| **Billable Amount** | 18.27 |
| **Matter** | 072979.01406 |
| **Matter Description** | PETRONE, LISA A. (VA) |

**Description**

MESSENGER SERVICE/FEDERAL EXPRESS Invoice No: 769502267 Paid to: Fedex per 6018 Ship To: Lisa Petrone Ship Dt: 03/09/22 Airbill: 270681460259